UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING MOTION TO DISMISS HEARING HELD ON FEBRUARY 21, 2019**

CASE NO.:   17-58517-PMB

DEBTOR:   OLIVIA M. ROWE

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR HAS PAID $530.00.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.

PLEASE ENTER AN ORDER OF DISMISSAL.

March 12, 2019

_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

17-58517-PMB

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY FOR DEBTOR:

Vince Capomacchia
The Semrad Law Firm, LLC
vcapomacchia@semradlaw.com


I further certify that on this day I have served a copy of the foregoing Supplemental Report Requesting Dismissal by depositing a copy of same in the United States Mail with adequate postage thereon addressed as follows:


DEBTOR:

Olivia Michelle Rowe
4265 Dollar Mill Way Sw
Atlanta, GA 30331


This the 12th day of March 2019.

                              /s/
                           Jason L. Rogers
                           Attorney for the Chapter 13 Trustee
                           260 Peachtree Street, Suite 200
                           Atlanta, GA 30303
                           678-510-1444


Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444